IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ELECTRONICALLY FILED |
| **Plaintiff,** | Feb 05 2019 |
| | U.S. DISTRICT COURT |
| v.   Civil No. 1:19-CV-18 (Kleeh) | Northern District of WV |
| **BARBARA ARBLE, and** | |
| **HARRY ARBLE,** | |
| **Defendants.** | |

### UNITED STATES' COMPLAINT FOR PERMANENT INJUNCTION

Plaintiff, the United States of America ("United States"), through its undersigned counsel, hereby sues Defendants Barbara Arble and Harry Arble ("Defendants") and alleges as follows:

### INTRODUCTION

1. Starting as early as January 2011 and continuing to the present, the Defendants have assisted and facilitated a predatory wire and mail fraud scheme that primarily victimizes senior citizens of the United States. The scheme operates by contacting elderly victims to inform them that the victims have won a large amount of money in a lottery or sweepstakes, inducing victims to pay money in advance of receiving their purported winnings. The scam operators instruct victims to send payments through wire transfers, the United States Postal Service, and private and commercial interstate carriers.

2. The United States seeks to prevent continuing and substantial injury to consumers victimized by this fraudulent scheme by bringing this action for a permanent injunction and other equitable relief under 18 U.S.C. § 1345 to enjoin the ongoing commission of wire fraud, in violation of 18 U.S.C. § 1343, and mail fraud, in violation of 18 U.S.C. § 1341.

## JURISDICTION AND VENUE

3. The Court has subject matter jurisdiction over this action under 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345.

4. Venue is proper in this district under 28 U.S.C. §§ 1391(b)(1) and (2).

## PARTIES

5. Plaintiff is the United States.

6. Defendants are residents of Bridgeport, West Virginia. Defendants transact or have transacted business in the Northern District of West Virginia. Defendants knowingly used money transmitting services to facilitate a fraudulent lottery scheme.

## DEFENDANTS' ONGOING FRAUDULENT SCHEME

7. Since at least as early as January 2011, Defendants have assisted and facilitated a large-scale lottery scheme by accepting consumer payments and forwarding proceeds to perpetrators of the scheme.

8. Telemarketers working for the scheme contact consumers either by calling them or by sending them mailings through the United States Postal Service.

9. Telemarketers working for the scheme falsely inform consumers that the consumers have won a large amount of money in a lottery or sweepstakes.

10. Telemarketers working for the scheme induce consumers to pay money in advance of receiving their purported lottery winnings.

11. Telemarketers working for the scheme claim that consumers must pay a bond, tax, or other fee totaling from hundreds to thoughts of dollars in order to received their winnings.

12. Consumers that pay this "fee" receive no prize or cash award.

13. Telemarketers working for the scheme instruct consumers to pay the "fee" by sending wire transfers to other individuals in the United States or in Jamaica.

14. Telemarketers working for the scheme instruct consumers to pay the "fee" by sending money through the United States Postal Service, and private and commercial interstate carriers to other individuals in the United States or Jamaica.

15. Since at least January 2011, numerous consumers have been victimized by the fraudulent lottery scheme facilitated by the Defendants. Defendants play a critical role in accepting unauthorized or fraudulently-induced payments initiated by the telemarketers.

16. Defendants then forward the funds received from consumers to the scheme perpetrators in Jamaica and in the United States.

17. These transactions take place through wire transmissions and through the United States Postal Service, and private and commercial interstate carriers.

18. From January 2011, until present, Defendants have facilitated this scheme by transmitting approximately $433,913.00 to the perpetrators and other facilitators of this scheme.

## DEFENDANTS' KNOWLEDGE OF FRAUD

19. Upon information and belief, the United States alleges that Defendants have knowledge that their conduct facilitates a fraudulent scheme involving false lottery winnings involving consumer payments.

## HARM TO CONSUMERS

20. Consumers suffer financial losses from the wire fraud scheme facilitated by Defendants.  Consumers victimized by the scheme reside throughout the United States.

21. The scheme disproportionately affects elderly consumers.

22. Absent injunctive relief by this Court, Defendants' conduct will continue to cause injury to consumers.

## COUNT I
## (18 U.S.C. § 1345 – Injunctive Relief)

23. The United States re-alleges and incorporates by reference Paragraphs 1 through 22 of this Complaint as though fully set forth herein.

24. By reason of the conduct described herein, Defendants violated, are violating, and are about to violate 18 U.S.C. §§ 1343 and 1341 by executing a scheme and artifice to defraud for obtaining money or property by means of false or fraudulent representations with the intent to defraud, and, in so doing, use interstate and foreign wire communications, and the United States Postal Service and private and commercial interstate carriers.

25. Upon a showing that Defendants are committing or about to commit wire fraud or mail fraud, the United States is entitled, under 18 U.S.C. § 1345, to a permanent injunction restraining all future fraudulent conduct and any other action that this Court deems just to prevent a continuing and substantial injury to consumers.

26. As a result of the foregoing, the Court should enjoin Defendants' conduct under 18 U.S.C. § 1345.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, United States of America, requests of the Court the following relief:

That the Court issue a permanent injunction, pursuant to 18 U.S.C. § 1345, ordering that Defendants are restrained from engaging, participating, or assisting in any lottery or sweepstakes scheme or money transmitting business; and

4

That the Court order such other and further relief as the Court shall deem just and proper.

        Respectfully submitted,

        William J. Powell
        United States Attorney

By:    /s/ L. Danaë DeMasi-Lemon
        L. Danaë DeMasi-Lemon
        Assistant United States Attorney
        WV Bar No. 10814
        United States Attorney's Office
        1125 Chapline Street, Suite 3000
        Wheeling, WV 26003
        Phone: (304) 234-0100
        danae.demasi@usdoj.gov

JS 44 (Rev. 12/12)    CIVIL COVER SHEET    1:19-CV-18 Received: 02/05/2019

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Barbara Arble and Harry Arble

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Harrison
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Danae DeMasi-Lemon, U.S. Attorney's Office
1125 Chapline Street, Suite 3000, Wheeling, WV 26003
304-234-0100

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18, United States Code, Section 1345
Brief description of cause:
Anti-Fraud Injunction

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE 02/05/2019    SIGNATURE OF ATTORNEY OF RECORD    *Danae DeMasi-Lemon*

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____